UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUC VAN NGUYEN, | No. 2:20-cv-1253 AC P |
| Plaintiff, | |
| v. | ORDER |
| GIVENS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se. Plaintiff's complaint in this case, filed June 22, 2020, identifies the same defendants and makes nearly identical allegations as those set forth in his amended complaint filed June 4, 2020 in <u>Ngyuen v. Givens et al.</u>, Case No. 2:20-cv-00502 JAM KJN.[1] Due to the duplicative nature of the instant complaint, this court will direct the Clerk of Court to file it as a further amended complaint in <u>Ngyuen v. Givens et al.</u>, Case No. 2:20-cv-00502 JAM KJN, and to close the instant case.

////

////

---

[1] This court may take judicial notice of its own records and the records of other courts. <u>See</u> <u>United States v. Howard</u>, 381 F.3d 873, 876 n.1 (9th Cir. 2004); <u>United States v. Wilson</u>, 631 F.2d 118, 119 (9th Cir. 1980); <u>see also</u> Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned).

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall:

1. File the complaint in the instant case (ECF No. 1) as a further amended complaint in Ngyuen v. Givens et al., Case No. 2:20-cv-00502 JAM KJN; and

2. Close the instant case.

DATED: June 24, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE